# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

U.S.A.

    v.

Pablo Dickson
Defendant

Cr. 07-962(PGS)

O R D E R

    It is on this 26th day of May 2009,

    Whereas Pablo Dickson as a condition of release was subject to Electronic Monitoring, and for good cause having been shown.

    Ordered that the condition of release requiring Electronic Monitoring Device is vacated.

    Mr. Dickson's sentencing of house arrest is still in effect, there are no additional changes.  Mr Dickson must contact Probation Office at all times as the Probation Office requires.

                                                   5/26/09
                            Peter G. Sheridan, U.S,D.J.