Honorable Judge Peter G. Sheridan

Clarkson S. Fisher Building & U.S. Courthouse

402 East State Street Room 2020

Court Room 7W

Trenton, NJ 08068

May 2010

**RE: Pablo E. Dickson**

**Case # CR. 07-962-01**

707 North Broad Street Apt. 1K

Elizabeth, NJ 07208

As it was pronounced on May 30, 2008, I was sentenced to be confined to my residence on an electronic bracelet. I was then taken off the bracelet and have been on home confinement telephone monitoring since. Although it is my responsibility to maintain my sentence term with out deviation I would just like to emphasize that during those extensive two years there has been no negative incidents. I have complied to the fullest with my terms.

I would like to request a Petition to discuss my sentence conditions.

I would like to respectfully plead that you allow me the opportunity to stand in front of your court room and express these concerns and if in fact I am still to be home confined I beg a re-consideration of that sentence taking into account that I have been on home confinement with out an electronic device and have followed all the terms of my sentence. I do understand and admit my wrong doing and at no time under any circumstance am I asking a complete release. I would understand that my 45 months probation should continue however I am pleading the home confinement to be lifted.

During my time at home I have educated myself in order to be a better human being and an asset to the community. I have watched videos of my child playing sports as she yells out "can you see me daddy". Needless to say that the devastation on its own is enough to maintain my loyalty to society and overall to my family there is no question that from here on it will only be the right thing.

My anticipated appreciation in any decision that your honor chooses to make, please contact me at your convenience. (Please view attachment ).

SINCERELY,

Pablo E. Dickson

Denied

SO ORDERED: *[signature]*
DATED: 5/26/10